JOHN W. SIMPSON and Others, Respondents, v. METROPOLITAN TRUST COMPANY OF THE CITY OF NEW YORK, as Administrator, etc., Appellant.

Appeal from a judgment of the Supreme Court, entered in the New York county clerk's office on the 12th day of January, 1915, upon a directed verdict, and also from an order, entered on the 9th day of February, 1915, denying a motion for a new trial.

Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; McLaughlin, J., dissented.

McLAUGHLIN, J. (dissenting): I am unable to concur with the other members of the court that the judgment and order appealed from should be affirmed. Upon the facts presented to the trial court I think it should have permitted the defendant to have amended its answer by setting up the plea of payment. I, therefore, vote to reverse the judgment and order and grant a new trial, with permission to the defendant to apply at Special Term for leave to amend its answer by setting up the plea of payment of the note sued on.

---

Euplio Conoscenti, as Administrator, etc., Respondent, v. Holbrook, Cabot & Rollins Corporation, Appellant.— Appeal from a judgment of the Supreme Court, entered in the New York county clerk's office on the 26th day of January, 1915, upon the verdict of a jury, and also from an order entered on the 29th day of January, 1915, denying a motion for a new trial. Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ. Ingraham, P. J., and McLaughlin, J., dissented upon the ground that there was no evidence to sustain a finding that the defendant was negligent or that the decedent was free from contributory negligence, but the testimony expressly shows that the accident was caused by a violation of the rules established for the protection of defendant's employees and by an occurrence which the defendant could not have anticipated.